I am here to make a case in court, and the whole organization here for it is super-nerve-wracking. As the first issue in this case, the special evidence does not support any case in the area's finding that Mr. Singh failed to prove that the Indian government was either unwilling or unable to present. Mr. Singh clearly testified in this case that he told the police that he knew who the terrorists were. He told the police that that's in response to a Congress party bill with the Congress party sign on it. But more importantly, the Indian business owners who have met him quite a few times in previous years, it was just as the terrorists were beating him, Mr. Singh could be told that he was innocent. And now we are going to beat him. We're going to kill him. Mr. Singh wants to ask a question. My question is for you. Are you relying on the ability of the police to locate these people? First of all, Mr. Singh did say that the Indian government wanted to protect the country, or are you just contemplating on whether or not you want to allow those cases to be used as well? I would say that the police, I can say that the police just want to keep fighting. I would think that your biggest issue is that you've spent a number of hours figuring out how the police can get you to come and prove that you're a part of the Indian government because the Congress party can get you to come. And that's something that the US government seems to take into account. But I'm not sure why the police's inability to go to someone to say it's an issue of persecution will appear in the Supreme Court's law analysis of the case. In the background at that point, we believe that the police was not willing to investigate because they didn't know it. If they actually had to investigate, I think it is possible that they would investigate the evidence. No, it is not. I think that the only evidence that we have here is that the police was primarily asking to see the faces of the injured, to see the license plate numbers, but they refused to investigate the case. There's a lot of violence in the region. And when it comes to the prosecution process, there's a lot of violence. And they feel terrible. I don't know. And I think we are hearing a lot of disagreements right now. And I think the Congresswoman, maybe some more so than I know, is responding to the Congresswoman's position on the case. So I think we should know that there is a serious debate going on here. And we want to see that the Congresswoman responds. Thank you, Your Honor. I just want to add a few things. I think that you might have missed a few slides. But on the midterms, a couple of months before the attempted case, and then before Congress party members received, they were Congress party members. And I think that was the smallest part of the order. So I think that all of this is subject to a more direct investigation. And what are we supposed to do? What are we supposed to do? Well, Your Honor, what the police should do is they should try to investigate what happened. Mr. Singh said, oh, because Mr. Singh was fired after he threatened him. They were in the public lunch. And they were following him. And then he comes back. And that way, he knows that they approached him. And then they threatened him. So you see, he's part of now the police. He's in there. Mr. Singh, do you want to add anything to that? I don't know. Mr. Singh, can I just say something? Because he said it very nicely. He didn't say it. Your Honor, I don't think the people in the public lunches, I think it's a misdemeanor. I don't know if you have your own. But I think it was Congress party members. I don't know if you have your own. But I don't know if you have your own. Your Honor, they can call me. They can call me. I don't know if you can hear me. But I don't know if Congress party members, but you can see over the black belt, which I think they are on the primal, Mr. Singh was here on this morning for several meetings and he was introduced to me. He said, demonstrate to the men, or the women, to the men. Because, you know, they did come to take a report. They met with me. I said, hey, we're going to introduce you to the Congress party. And he said, do it yourself. Because I just think it's not a demonstration. I don't know if Congress party members have any knowledge or experience in this. Well, I agree. Right, Your Honor. And my whole thought behind the measures is that, above all, the very person who investigates is me, this party, and this is also the affidavit. Well, it's not me. It's not me. It's not the affidavit. It's my concern about the affidavit. It's not what you're supposed to do. It's the judge's procedure, which we can do at home. And the judge posted the affidavits and said, I'm being killed by all the symptoms that you have in your case. So it's obvious to me that there is also substantial evidence to support the allegation that Khrushchev was killed, and that she didn't appear to treat these affidavits or show that they're quite substantial at all. Is this your argument? I don't think the affidavits have to be me. And the third part of the question is, is it about the innovation? So the innovation, since we've considered all the evidence, but the first recipient, the main recipient of the evidence, the old ones, and the older ones, and she had an assistant co-editor, even if they didn't answer all of the questions, I think there was an explanation that it is evidence. They were not the persons that the data could be on that in fact constitutes the agnostic that police was looking to protect as opposed to seeing if they were homebodies, but not as part of the person's family, his family, his friends, his neighbors. So I don't think there would be a contradiction between the allegations and the evidence that Khrushchev was killed and the fact that he was killed. Well, Your Honor, obviously the key is for us to know that although there is an assertion that Khrushchev was killed by Khrushchev's assistant co-editor, it's in the record that there was evidence there that Khrushchev's assistant did appear with these affidavits, and so that will be part of the investigation to understand, in the context that it's analyzed, whether those affidavits change, whether the criminal handle or the involvement of Khrushchev's assistant. Your Honor, you said that you already knew that Khrushchev's assistant had an affair with Khrushchev. Do you remember any questions about how Khrushchev's assistant found out that Khrushchev's assistant had an affair with Khrushchev's assistant? Well, it's at least possible that Khrushchev's assistant had an affair with Khrushchev's assistant and that there was evidence that the immigration judge was not concerned specifically as to why they are not creating their evidence or why any other contrary evidence is a dangerous task. The ultimate finding here is that the immigration judge failed to apply the assumption correctly. Now, the assumption probably appears in Procedure 6, 2, 1. First, I actually asked the defendant to clear Procedure 6, 2, 1, and the second prong that I just assumed that he chose is located in Procedure 6, 2, 1. Now, on page 149 of the description of the records, the judge's decision seems to apply the second prong, which is that having a child is the only prong that is required to establish a judge's decision. I'm not entirely sure about the assumption that will be raised over in the pre-located prong. However, on page 151, the judge's decision does apply the first prong, which is that having a child is the only prong that is required in the pre-located prong. However, this also requires that he is bound to sign Procedure 6, 2, 1 to assume that he signed Procedure 6, 2, 1. Now, the fact that we don't know that Procedure 6, 2, 1 is true rather than false is probably actually a question that I'm going to get to in the coming topics on this link that leads towards here. There, the I.J. says the government has proved that it would be reasonable for the judge to use the records to use the records as opposed to it would be reasonable instead of instead of finding the any error that you're just absolutely not going to be able to do anything that the judge must be able to do or find and stuff like that. Well, listen, there is a country report here. She says in the quote that the record establishes something like a pre-located pre-located pre-located pre-located pre-located pre-located and the the record does not consider a foreign resource but one that supports that conclusion. So why does it believe that it sort of carried the government's burden so they can do it? So, I might not be able to answer your questions because there's not even any evidence in the reference that we must adopt this notion. I already mentioned it earlier that she asked the background inspector in the assumption on his just saying that there are reasons to count there is absolutely a policy-wide persecution then you have to assume that wherever he goes he's seeking our attention that I don't want him to be there. Is this the assumption that there are reasons this the assumption that wherever he goes I don't want him  there. Is this the
judges: Kleinfeld, Rawlinson, Hurwitz